IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LATHAHN MCELROY,

      Plaintiff,                      No. 2:12-cv-1518 JFM P

    vs.

C/O GUSTAFSON, et al.,

      Defendants.             ORDER

_____/

        On October 15, 2012, defendants filed a motion to revoke plaintiff's in forma pauperis status. On October 24, 2012, plaintiff was served with notice of the briefing schedule for the motion. Plaintiff has not opposed the motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." In addition, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

        Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any he has, to the motion to revoke in forma pauperis status or a statement of non-opposition. Failure to comply with this order may result in

1

an order granting defendants' motion and requiring plaintiff to pay the filing fee for this action before it proceeds further.

DATED: November 27, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

mcel1518.46o