UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATHAHN MCELROY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUSTAFSON, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-1518-TLN-EFB P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. A status conference is set herein to address the parties' cross-motions for summary judgment. The conference is set for Wednesday, August 6, 2014 at 11:00 a.m., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 8, 13th Floor, before the undersigned.

　　　Plaintiff shall appear at the hearing via videoconference from his current institution of confinement. A separate order and writ of habeas corpus ad testificandum will issue concurrently with this order.

　　　So Ordered.

DATED: July 10, 2014.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE