UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

LATHAHN McELROY,

       Plaintiff,                      No.  2:12-cv-1518-TLN-EFB P

vs.

GUSTAFSON, et al.,

       Defendants.          **AMENDED ORDER & WRIT OF HABEAS**
                                  /          **CORPUS AD TESTIFICANDUM**

      Lathahn McElroy, inmate P-71922, a necessary and material witness in proceedings in this case on August 6, 2014, is confined in Salinas Valley State Prison, in Soledad, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Edmund F. Brennan, to appear by video-conferencing at Salinas Valley State Prison, August 6, 2014 at 11:00 am.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, Salinas Valley State Prison, P.O. Box 1020, Soledad, California, 93960-1020:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  July 23, 2014.

                                                   EDMUND F. BRENNAN
                                                   UNITED STATES MAGISTRATE JUDGE